UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 07-40

PAUL DUGLE, *by and through his co-legal guardians
Michael Dugle and Brenda Radcliff,* and MEGAN DUGLE, *in her
individual capacity,* PLAINTIFFS,

KENTUCKY ASSOCIATION OF COUNTIES
WORKERS COMPENSATION FUND, INTERVENOR PLAINTIFF,

v. **JUDGMENT**

NORFOLK SOUTHERN RAILWAY COMPANY, DEFENDANT.

\* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment and with the opinion and order dated July 23, 2010, the Court HEREBY ORDERS AND ADJUDGES that:

1) Norfolk Southern Railway Company's Motion for Reconsideration of the Court's Order of June 4, 2010 (DE 294) is GRANTED;

2) Judgement is entered for the Defendant;

3) this matter is hereby DISMISSED;

4) this judgment is FINAL and APPEALABLE; and

5) this matter is STRICKEN from the active docket of this Court.

Dated this November 15, 2010.



Signed By:

*Karen K. Caldwell*
United States District Judge